1 | Harris Zimmerman, California State Bar No. 22653
Michael James Cronen, California State Bar No. 131087
2 | ZIMMERMAN & CRONEN, LLP
1330 Broadway, Suite 710
3 | Oakland CA 94612
telephone:510.465.0828
4 | facsimile:510.465.2041
e-mail: mcronen@zimpatent.com

Wayne D. Porter, Jr., Ohio State Bar No. 0009242
6 | LAW OFFICES OF WAYNE D. PORTER, JR.
1370 Ontario Street
7 | Suite 600
Cleveland OH 44113
8 | telephone:216.373.5545
facsimile:216.373.9289
9 | e-mail: porter@porterpatentlaw.com

10 | Attorneys for Defendant,
Data Retrieval Technology, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SYBASE, INC., and INFORMATICA CORPORATION, | ) ) ) | Case No.: C08-05481 VRW |
|---|---|---|
| Plaintiffs, | ) ) ) ) | STIPULATION AND ~~PROPOSED~~ ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | ) ) | (Civil L.R. 6-2(a) and 7-12) |
| DATA RETRIEVAL TECHNOLOGY LLC, | ) ) ) | |
| Defendant. | ) | |

It is hereby stipulated by and between the parties to this litigation, through their respective counsel, as follows:

1. The Complaint was filed in this action on or about December 5, 2008.

Stip. & Prop. Ord.
Extending Time                            1

2. A First Amended Complaint was filed on or about January 15, 2009.

3. Defendant was served with the First Amended Complaint on February 10, 2009

4. Defendant's Response to the First Amended Complaint is presently due on or about March 2, 2009.

5. The parties agree to extend the time to answer or otherwise respond to the Complaint by thirty (30) days.  Defendant seeks this extension of time not for purposes of delay but to provide Defendant sufficient time for admission of its counsel, Mr. Wayne D. Porter, Jr., in this case *pro hac vice*, to provide Defendant with sufficient time to formulate an appropriate response to the First Amended Complaint, and to provide Defendant with sufficient time to fully comply with the Court's Order Setting Initial Case Management Conference and ADR Deadlines.  This stipulated request is accompanied by the Declaration Of Michael Cronen In Support Of Stipulation filed herewith in conformity with Civil L.R. 7-12 and incorporated herein by this reference.

6. There have been no previous time modifications in this case, whether by stipulation or Court Order.

7. The present request for extension of time will push back all deadlines in the Court's Order Setting Initial Case Management Conference and ADR Deadlines by approximately thirty (30) days.  Therefore, the new deadlines shall be as follows:

| | |
|---|---|
| March 23, 2009 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan.  File ADR Certification signed by Parties and Counsel.  File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| April 13, 2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement. |

Stip. & Prop. Ord. Extending Time 2

| | | |
|---|---|---|
| 1 | ~~April 20, 2009~~ | Initial Case Management Conference (CMC) in Courtroom No. 6, 17th |
| 2 | April 23, 2009 | Floor, United States District Courthouse, 450 Golden Gate Avenue, San |
| 3 | | Francisco, California, at 3:30 PM. |

By: /s/ Michael James Cronen

Michael James Cronen, Esq.

ZIMMERMAN & CRONEN, LLP
1330 Broadway, Suite 710
Oakland CA 94612
telephone:510.465.0828
facsimile:510.465.2041

Attorneys for Defendant,
Data Retrieval Technology LLC

By: /s/John P. Bovich

John P. Bovich, Esq.

REED SMITH, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922
telephone: 415.543.8700
facsimile: 415.391.8269

Attorneys for Plaintiffs,
Sybase, Inc. and Informatica Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/4/2009                    _____
                                   [GRANTED — Judge Vaughn R Walker]
                                   United States District Court Judge

Stip. & Prop. Ord.
Extending Time                     3