Scott D. Baker (SBN 84923)
*Email: sbaker@reedsmith.com*
John P. Bovich (SBN 150688)
*Email: jbovich@reedsmith.com*
Jonah D. Mitchell (SBN 203511)
*Email: jmitchell@reedsmith.com*
James A. Daire (SBN 239637)
*Email: jdaire@reedsmith.com*
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Plaintiffs/Counterclaim Defendants
Sybase, Inc. and Informatica Corporation

Wayne D. Porter, Jr. (*pro hac vice*)
(Ohio Reg. No. 0009242)
*Email: porter@porterpatentlaw.com*
LAW OFFICES OF
WAYNE D. PORTER, JR.
1370 Ontario Street, Suite 600
Cleveland, Ohio 44113
Telephone: (216) 373-5545
Facsimile: (216) 373-9289

Attorney for Defendant/Counterclaim Plaintiff Data Retrieval Technology LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYBASE, INC., a Delaware Corporation, and INFORMATICA CORPORATION, a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>Defendant. | No.: C08-05481 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

1  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

2

3  The parties agree to participate in the following ADR process:

4  **Court Processes:**
   Non-binding Arbitration (ADR L.R. 4)

5  Early Neutral Evaluation (ENE) (ADR L.R. 5)
   Mediation (ADR L.R. 6)

6

7  *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

8

9

10  **Private Process:**
   **X**  Private ADR (*please identify process and provider*):  **Parties have agreed to participate in private mediation. Parties will further meet and confer regarding an agreed-upon private mediator.**

11

12

13  The parties agree to hold the ADR session by:
   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

14

15  other requested deadline:  **November 30, 2009.**

16

17  Dated: May 21, 2009                    /s/ James A. Daire
                                          James A. Daire, Counsel for Sybase, Inc., and
18                                        Informatica Corporation

19

20  Dated: May 21, 2009                    /s/ Wayne D. Porter
                                          Wayne D. Porter, Counsel for Data Retrieval
21                                        Technology LLC

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
**X**    **Private ADR**

Deadline for ADR session
    90 days from the date of this order.
    **Other: November 30, 2009.**

IT IS SO ORDERED.

DATED: \_\_May 26\_\_, 2009.

By_____
    Hon. Vaughn R. Walker
    United States District Court Judge



Case No. C08-05481-VRW     - 3 -     US_ACTIVE-101443469.1-JDAIRE
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

**Signature Attestation**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

```
                        /s/
                   James A. Daire
```

REED SMITH LLP
A limited liability partnership formed in the State of Delaware