Scott D. Baker (SBN 84923)
*Email: sbaker@reedsmith.com*
John P. Bovich (SBN 150688)
*Email: jbovich@reedsmith.com*
Jonah D. Mitchell (SBN 203511)
*Email: jmitchell@reedsmith.com*
James A. Daire (SBN 239637)
*Email: jdaire@reedsmith.com*
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:	+1 415 543 8700
Facsimile:	+1 415 391 8269

Attorneys for
Sybase, Inc. and Informatica Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYBASE, INC., a Delaware Corporation, and INFORMATICA CORPORATION, a Delaware Corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>　　　　　　Defendant. | No.: C08-05481 VRW<br>(Related Case No. C09-1909 VRW)<br><br>**STIPULATION AND [~~PROPOSED~~] CASE MANAGEMENT ORDER** |
| DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SYBASE, INC., a Delaware Corporation, and INFORMATICA CORPORATION, a Delaware Corporation,<br><br>　　　　　　Defendants. | |

Sybase, Inc. and Informatica Corporation, on one hand, and Data Retrieval Technology LLC, on the other, (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, the Court held the Initial Case Management Conference in this proceeding on May 28, 2009;

WHEREAS, during the Initial Case Management Conference, the Court determined that all pre-trial requirements of the Patent Local Rules would apply equally to this case and Related Case No. C09-1909; and

WHEREAS, the Court's Calendar Clerk subsequently notified Sybase, Inc. and Informatica Corporation's counsel by phone that the date for the claims construction hearing in these cases (originally set for March 17, 2010 at 10:00 a.m.), would be moved to March 24, 2010, at 10:00 a.m. because of a conflict with a previously set claims construction hearing in *Karl Storz Endoscopy-America, Inc. v. Stryker, Inc., et al.*, Case No. 3:09-cv-00355-VRW.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. That the Parties jointly submit to the following proposed Case Management Order in this case and Related Case No. C09-1909.

DATED: July 2, 2009.
REED SMITH LLP

By          */s/ James A. Daire*
James A. Daire
Attorney for
Sybase, Inc. and Informatica Corporation

DATED: July 2, 2009.
LAW OFFICES OF WAYNE D. PORTER, JR.

By          */s/ Wayne D. Porter Jr.*
Wayne D. Porter, Jr.
Attorney for
Data Retrieval Technology LLC

# CASE MANAGEMENT ORDER

Following the Initial Case Management Conference on May 28, 2009, the Court hereby adopts the following schedule in this case. The parties are ordered to comply with these deadlines:

| **Deadline** | **Activity** |
|---|---|
| June 8, 2009 | Deadline for DRT to serve its (1) Disclosure of Asserted Claims and Infringement Contentions and (2) Accompanying Document Production. Patent L.R. 3-1, 3-2. |
| July 23, 2009 | Deadline for Plaintiffs to serve their (1) Invalidity Contentions and (2) Accompanying Document Production. Patent L.R. 3-3, 3-4. |
| November 17, 2009 | Deadline for parties to exchange list of claim terms for construction. (Modification of Patent L.R. 4-1.) |
| December 7, 2009 | Deadline for parties to exchange (1) Preliminary Claim Constructions for each term identified by either party for claim construction and (2) identification of references and extrinsic evidence (including percipient and/or expert witnesses) in support if their respective claim constructions. Patent L.R. 4-2. |
| January 13, 2010 | Deadline for parties to file Joint Claim Construction and Prehearing Statement. (Modification of Patent L.R. 4-3.) |
| February 12, 2010 | Deadline for completion of claim construction discovery. Patent L.R. 4-4. |
| February 17, 2010 | Deadline for DRT to serve and file its opening brief and any evidence supporting its claim construction. (Modification of Patent L.R. 4-5(a).) |
| March 3, ,2010 | Deadline for Plaintiffs to serve and file their responsive brief and supporting evidence. Patent L.R. 4-5(b). |
| March 10, 2010 | Deadline for DRT to serve and file its reply brief and any rebuttal evidence. Patent L.R. 4-5(c). |
| March 22, 2010, 10:00 a.m. | Initial Technology Tutorial prior to Claim Construction Hearing. |
| March 24, 2010, 10:00 a.m. | Claim Construction Hearing. Patent L.R. 4-6. |

| April 15, 2010, 3:30 p.m. | Further Case Management Conference (updated Case Management Statement due by April 8, 2010). |

PURSUANT TO STIPULATION, SO ORDERED.

DATED: __July 16__, 2009.

By _____
Hon. V...
United...

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

**CERTIFICATE OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

                                                  */s/ James A. Daire*
                                                  James A. Daire

REED SMITH LLP
A limited liability partnership formed in the State of Delaware