Scott D. Baker (SBN 84923)
*Email: sbaker@reedsmith.com*
John P. Bovich (SBN 150688)
*Email: jbovich@reedsmith.com*
Jonah D. Mitchell (SBN 203511)
*Email: jmitchell@reedsmith.com*
James A. Daire (SBN 239637)
*Email: jdaire@reedsmith.com*
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659

Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for
Sybase, Inc. and Informatica Corporation

Gregory G. Schwartz
Cal. State Bar No. 206134
Email:gschwartz@rohdelaw.com
ROHDE & VAN KAMPEN PLLC
1001 Fourth Ave., Suite 4050
Seattle, WA 98154-1000

Phone: 206-386-7349
Fax: 206-405-2825

Michael James Cronen
Cal. State Bar No. 22653
Zimmerman & Cronen, LLP
1330 Broadway, Suite 710
Oakland, CA 94612
Tel: (510) 465-0828
Fax: (510) 465-2041
Email : mcronen@zimpatent.com

Attorneys for Data Retrieval Technology LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>Plaintiff,<br>vs.<br><br>SYBASE, INC., a Delaware Corporation, INFORMATICA CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No.: C09-1909 VRW<br>(Related Case No.: C08-05481 VRW)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINE TO COMPLETE PRIVATE ADR**<br><br>Hon. Vaughn R. Walker |
| SYBASE, INC., a Delaware Corporation, and INFORMATICA CORPORATION, a Delaware Corporation,<br><br>Plaintiffs,<br>vs.<br><br>DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>Defendant. | |

1   **RECITALS**

2   1.    On May 21, 2009, the parties to the litigation agreed to participate in private

3   mediation pursuant to the Court's ADR Local Rules, and submitted a written stipulation to complete

4   private mediation by November 30, 2009.

5

6   2.    Subsequently, the Court entered an order pursuant to the parties' written stipulation,

7   setting November 30, 2009 as the deadline to complete private mediation.  [Docket No. 39.]

8

9   3.    Good cause exists for an extension of this deadline.  The parties have agreed to

10  mediate the dispute before the Honorable Edward A. Infante (Ret.), JAMS.  The parties are currently

11  in the midst of determining an available date for Judge Infante, principals for the respective parties,

12  and outside counsel.

13

14  4.    In light of these efforts, the parties' request that the deadline to complete private

15  mediation be extended to February 10, 2010.  There are no previous time modifications in the case,

16  and the requested time modification would have no affect on the Court's Case Management Order.

17

18  ///

19

20  ///

21

22  ///

23

24  ///

25

26  ///

27

28  ///

*REED SMITH LLP*
*A limited liability partnership formed in the State of Delaware*

Nos. C09-1909 VRW; C08-05481 VRW       - 1 -       US_ACTIVE-102730987.1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE PRIVATE ADR

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**STIPULATION**

Accordingly, the parties hereby stipulate to extend the deadline to complete private mediation from November 30, 2009 to February 10, 2010.  No other dates shall be affected by this stipulation and Court Order.

DATED: November 25, 2009.                    REED SMITH LLP


By: /s/ James A. Daire
_____
James A. Daire
Attorneys for
Sybase, Inc. and Informatica Corporation

DATED: November 25, 2009.                    ROHDE & VAN KAMPEN PLLC


By: /s/ Gregory G. Schwartz
_____
Gregory G. Schwartz
Attorneys for
Data Retrieval Technology LLC


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: ___December 1___, 2009

_____

Hon. Vaughn R. Walker
United States District Court Chief Judge



IT IS SO ORDERED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

                    _/s/ Gregory G. Schwartz_
                    Gregory G. Schwartz