1  Scott D. Baker (SBN 84923)
   *Email: sbaker@reedsmith.com*
2  John P. Bovich (SBN 150688)
   *Email: jbovich@reedsmith.com*
3  Jonah D. Mitchell (SBN 203511)
   *Email: jmitchell@reedsmith.com*
4  James A. Daire (SBN 239637)
   *Email: jdaire@reedsmith.com*
5  REED SMITH LLP
   101 Second Street, Suite 1800
6  San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
7  Facsimile:     +1 415 391 8269

8  Attorneys for
   Sybase, Inc. and Informatica Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>SYBASE, INC., a Delaware Corporation, INFORMATICA CORPORATION, a Delaware Corporation,<br><br>         Defendants. | Case No.:  C08-05481 VRW<br>(Related Case No.:  C09-1909 VRW)<br>(Related Case No.:  C 09-05360 VRW)<br><br>[~~PROPOSED~~] ORDER CHANGING TIME AND SETTING BRIEFING SCHEDULE ON MOTION TO STRIKE<br><br>Hon. Vaughn R. Walker |
| SYBASE, INC., a Delaware Corporation, and INFORMATICA CORPORATION, a Delaware Corporation,<br><br>         Plaintiffs,<br><br>    vs.<br><br>DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>         Defendant. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Having considered the papers submitted by the parties, and good cause appearing, the Court hereby enters the following Order Changing Time and sets the following briefing schedule in connection with DRT's Motion to Strike:

(1) Sybase, Inc. and Informatica Corporation will have until noon on April 6, 2010 to file their opposition papers in connection with DRT's Motion to Strike;

(2) DRT will have no reply brief in support of its Motion to Strike; and

(3) DRT's Motion to Strike will be heard on April 8, 2010 at 10:00 a.m., concurrently with the other matters on calendar in this dispute.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED:  __April 6_____, 2010.

By_____
Hon. Judge Vaughn R Walker
United States District Chief Judge