1   Robert E. Rohde
Washington Bar No. 12809
2   Admitted Pro Hac Vice
Email: brohde@rohdelaw.com
3   Gregory G. Schwartz (Cal. SBN 206134)
Email: gschwartz@rohdelaw.com
4   ROHDE & VAN KAMPEN PLLC
5   1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
6   Telephone: (206) 386-7353
Facsimile: (206) 405-2825
7
8   Michael James Cronen
Cal. State Bar No. 131087
9   ZIMMERMAN & CRONEN, LLP
1330 Broadway, Suite 710
10  Oakland, CA 94612
Tel: (510) 465-0828
11  Fax: (510) 465-2041
E-mail: mcronen@zimpatent.com
12
Attorneys for Defendant/Counterclaimant.& Plaintiff/Counterdefendant,
13  DATA RETRIEVAL TECHNOLOGY, LLC

14
**IN THE UNITED STATES DISTRICT COURT**
15
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16
**SAN FRANCISCO DIVISION**
17

| | |
|---|---|
| SYBASE, INC. and INFORMATICA CORPORATION, | Case Nos.  C 08-5481 VRW<br>C 09-1909 VRW<br>C 09-5360 VRW |
| Plaintiffs/Counterdefendants,<br> v. | **[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL** |
| DATA RETRIEVAL TECHNOLOGY, LLC, | |
| Defendant/Counterclaimant. | |
| DATA RETRIEVAL TECHNOLOGY, LLC, | |
| Plaintiff/Counterdefendant,<br> v. | |
| SYBASE, INC. and INFORMATICA CORPORATION, | |
| Defendants/Counterclaimants. | |

18
19
20
21
22
23
24
25
26
27

28  [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL          Case Nos. C 08-5481 VRW
C 09-1909 VRW
C 09-5360 VRW

1    Defendant and Counterclaimant Data Retrieval Technology, LLC consents to and substitutes as

2    its local counsel in the above-captioned action the law firm of Harvey Siskind LLP, 4 Embarcadero

3    Center, 39th Floor, San Francisco, California 94111, telephone number (415) 354-0100 and facsimile

4    number (415) 3391-7124, in place of Zimmerman & Cronen, LLP.

5    Having considered the Notice of Substitution of Counsel, and finding good cause therefore, IT IS

6    HEREBY ORDERED that the law firm of Harvey Siskind LLP is substituted as local counsel in place

7    and instead of Zimmerman & Cronen, LLP.

8

9

10   Dated:



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- 1 -

28   [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL          Case Nos. C 08-5481 VRW
                                                                             C 09-1909 VRW
                                                                             C 09-5360 VRW