| | |
|---|---|
| Scott D. Baker (SBN 84923) | Robert E. Rohde |
| Email: sbaker@reedsmith.com | Washington Bar No. 12809 |
| John P. Bovich (SBN 150688) | Email: brohde@rohdelaw.com |
| Email: jbovich@reedsmith.com | Gregory G. Schwartz (Cal. SBN 206134) |
| Jonah D. Mitchell (SBN 203511) | Email: gschwartz@rohdelaw.com |
| Email: jmitchell@reedsmith.com | ROHDE & VAN KAMPEN PLLC |
| James A. Daire (SBN 239637) | 1001 Fourth Avenue, Suite 4050 |
| Email: jdaire@reedsmith.com | Seattle, Washington 98154 |
| REED SMITH LLP | Telephone: (206) 386-7353 |
| 101 Second Street, Suite 1800 | Facsimile: (206) 405-2825 |
| San Francisco, CA 94105-3659 | |
| Telephone: +1 415 543 8700 | D. Peter Harvey |
| Facsimile: +1 415 391 8269 | Cal. State Bar No. 55712 |
| | Harvey Siskind LLP, |
| Attorneys for | 4 Embarcadero Center, 39th Floor, |
| Sybase, Inc. and Informatica Corporation | San Francisco, California 94111, |
| | Telephone: (415) 354-0100 |
| | Facsimile: (415) 3391-7124 |
| | E-mail: pharvey@harveysiskind.com |
| | |
| | Attorneys for Data Retrieval Technology LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SYBASE, INC., a Delaware Corporation, and INFORMATICA CORPORATION, a Delaware Corporation,<br><br>Defendants. | No.: C08-05481 VRW<br>(Related Case No. C09-1909 VRW)<br>(Related Case No. C09-05360 VRW)<br><br>**STIPULATION AND JOINT AMENDED <s>[PROPOSED]</s> SUPPLEMENTAL CASE MANAGEMENT ORDER**<br><br>Hon. Vaughn R. Walker |
| SYBASE, INC., a Delaware Corporation, and INFORMATICA CORPORATION, a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DATA RETRIEVAL TECHNOLOGY LLC, a Delaware Corporation,<br><br>Defendant. | |

**AMENDED [PROPOSED] SUPPLEMENTAL CASE MANAGEMENT ORDER**

Following the Consolidated Case Management Conference on April 8, 2010, and pursuant to the parties' stipulation, the Court hereby adopts the following schedule in Related Case Nos. C08-05481 and C09-1909 and Case No. C09-05360.

***DRT I* (Related Case Nos. C08-05481 and C09-1909) and *DRT II* (Related Case No. C09-05360)**

| DRT's Proposed Deadline | Event |
|---|---|
| July 26, 2010 | *DRT II*: Deadline for Parties to Exchange Preliminary Claim Constructions (Modification of Patent L.R. 4-2) |
| August 20, 2010 | *DRT II*: Deadline for parties to file Joint Claim Construction and Prehearing Statement. (Modification of Patent L.R. 4-3) |
| September 23, 2010 | *DRT II:* Deadline for completion of claim construction discovery. (Modification of Patent L.R. 4-4) |
| September 16, 2010 | *DRT II*: Deadline for DRT to serve and file its opening brief and any evidence supporting its claim construction. (Modification of Patent L.R. 4-5(a)) |
| October 1, 2010 | *DRT II*: Deadline for Sybase and Informatica to serve and file their responsive brief and supporting evidence. (Modification of Patent L.R. 4-5(b)) |
| October 7, 2010 | *DRT II*: Deadline for DRT to serve and file its reply brief and any rebuttal evidence. (Modification of Patent L.R. 4-5(c)) |
| November 2, 2010 at 10:00 a.m. | *DRT II*: Claim Construction Hearing. (Patent L.R. 4-6; 4/8/2010 Set/Reset Hearing Docket Entry) |
| March 31, 2011 | *DRT I & II:* Fact Discovery Cut off |
| April 21, 2011 | *DRT I & II*: Further Case Management Conference |

*///*

IT IS SO STIPULATED.

DATED:  July 9, 2010.          REED SMITH LLP


By:  */s/ James A. Daire*
James A. Daire
Attorneys for
Sybase, Inc. and Informatica Corporation

ROHDE & VAN KAMPEN PLLC


By:  */s/ Robert E. Rohde\**
Robert E. Rohde
Attorneys for
Data Retrieval Technology LLC

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, James A. Daire hereby attests that concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

    DATED:  __July 21_____, 2010


_____
Hon. Vaughn R Walker
United States District Chief Judge