Robert E. Rohde (Washington Bar No. 12809)
(Admitted Pro Hac Vice)
brohde@rohdelaw.com
Gregory G. Schwartz (Cal. State Bar No. 206134)
gschwartz@rohdelaw.com
ROHDE & VAN KAMPEN PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Telephone:    (206) 386-7353
Facsimile:    (206) 405-2825

D. Peter Harvey (State Bar No. 55712)
pharvey@harveysiskind.com
Raffi V. Zerounian (Cal. Bar No. 236388)
rzerounian@harveysiskind.com
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor,
San Francisco, California 94111,
Telephone:    (415) 354-0100
Facsimile:    (415) 391-7124

Attorneys for DATA RETRIEVAL TECHNOLOGY, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DATA RETRIEVAL TECHNOLOGY, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SYBASE, INC. and INFORMATICA CORPORATION,<br><br>  Defendants. | Case No. C 08-5481 VRW<br>(Related Case No. C 09-1909 VRW)<br>(Related Case No. C 09-5360 VRW)<br><br>[~~PROPOSED~~] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM |
| SYBASE, INC. and INFORMATICA CORPORATION,<br>  Plaintiffs,<br><br>  v.<br><br>DATA RETRIEVAL TECHNOLOGY, LLC,<br><br>  Defendant. | |

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED**: |
| 2 | 1.  Plaintiff Data Retrieval Technologies LLC, and its attorneys, paralegals, assistants and |
| 3 | consultants (the "Plaintiff") may bring laptop computers, remote controls for same, audio-visual |
| 4 | projectors, laser pointers, and various cables, cords and power strips and related equipment into the |
| 5 | courtroom for use at the Markman hearing and hearing on Informatica Corporation's Motion for |
| 6 | Summary Judgment of Indefiniteness Regarding "Optimization," both of which are scheduled to begin at |
| 7 | 9:30 a.m. on August 24, 2010; and |
| 8 | 2.  Beginning at 9:00 a.m. on Monday, August 23, 2010 and 9:00 a.m. on Tuesday, August |
| 9 | 24, 2010, Plaintiff may have access to the courtroom to set up the above equipment so that the parties |
| 10 | will be prepared to proceed with the Markman hearing and hearing on Informatica Corporation's Motion |
| 11 | for Summary Judgment of Indefinitness Regarding "Optimization" as scheduled. |

DATED: 8/23/2010

_____

The Honorable Vaughn R. Walker
United States District Court Judge