UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATA RETRIEVAL TECHNOLOGY, LLC<br><br>    Plaintiff(s),<br><br>    v.<br><br>SYBASE, INC.,<br><br>    Defendant(s).<br>AND ALL RELATED CASES<br>_____/ | No. C  09-05360 JCS<br>Related Case C09-1909 JCS<br>Related Case C08-5481 JCS<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br>**[Reassigned Case]** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Joseph C. Spero for trial and all further proceedings, IT IS HEREBY ORDERED that Data Retrieval's Motion to Join Timeline Royalty as a Plaintiff (docket no. 98 in case C09-5360) is set for hearing on **April 29, 2011, at 9:30 a.m.**

IT IS HEREBY FURTHER ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **April 29, 2011, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10.  Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and  file an updated joint case management statement and proposed order no later **April 22, 2011.**  If any party is proceeding without counsel, separate statements may be filed by each party.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**JCS**." One copy shall be clearly marked as a chambers copy.

1    IT IS SO ORDERED.

3  Dated: April 19, 2011

                                                       _____
                                                       JOSEPH C. SPERO
                                                       United States Magistrate Judge