Scott D. Baker (SBN 84923)
*Email: sbaker@reedsmith.com*
John P. Bovich (SBN 150688)
*Email: jbovich@reedsmith.com*
Jonah D. Mitchell (SBN 203511)
*Email: jmitchell@reedsmith.com*
Seth B. Herring (SBN 253907)
*Email: sherring@reedsmith.com*
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:   415 543 8700
Facsimile:   415 391 8269

Attorneys for SYBASE, INC. and
INFORMATICA CORPORATION

Robert E. Rohde (Washington Bar No. 12809)
*Email: brohde@rohdelaw.com*
Gregory G. Schwartz (CA Bar No. 206134)
*Email: gschwartz@rohdelaw.com*
ROHDE & VAN KAMPEN PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Telephone:   (206) 386-7353
Facsimile:   (206) 405-2825

D Peter Harvey (Cal. Bar No. 55712)
*Email: pharvey@harveysiskind.com*
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:   (415) 354-0100
Facsimile:   (415) 391-7124

Attorneys for DATA RETRIEVAL
TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATA RETRIEVAL TECHNOLOGY LLC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SYBASE, INC., a Delaware corporation, and INFORMATICA CORPORATION, a Delaware corporation,<br><br>Defendants. | Case Nos.: C09-05360 JCS<br>C09-1909 JCS<br>C08-05481 JCS<br><br><br>Honorable Joseph C. Spero<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL** |
| SYBASE, INC., a Delaware corporation, and INFORMATICA CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DATA RETRIEVAL TECHNOLOGY LLC, a Delaware corporation, | |

| Defendant. | |
|---|---|
| AND RELATED COUNTERCLAIMS | |

IT IS HEREBY STIPULATED by and between Informatica Corporation, Sybase, Inc., and Data Retrieval Technology LLC, and through their respective attorneys of record, that these actions in their entireties be voluntarily dismissed with prejudice with each party to bear its own attorneys' fees and costs incurred herein.

DATED: July 1, 2011                                                         REED SMITH LLP


                                                                By:   /s/ Seth B. Herring
                                                                      Seth B. Herring
                                                                      Attorneys for Sybase, Inc. and Informatica
                                                                      Corporation


DATED: July 1, 2011                                                         ROHDE & VAN KAMPEN PLLC


                                                                By:   /s/ Robert E. Rohde*
                                                                      Robert E. Rohde
                                                                      Attorneys for Data Retrieval Technology LLC


*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Seth B. Herring hereby attests that concurrence in the filing of this document has been obtained.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 5, 2011

                                                                      _____
                                                                      Honorable Joseph C. Spero
                                                                      United States Magistrate Judge